■ In the Matter of BYRON D. (ANONYMOUS), a Person Alleged to be a Juvenile Delinquent, Appellant.—

In our opinion, this determination was erroneous. In the case of every sex offense, except sexual abuse in the third degree, corroboration of the victim's testimony is required (Penal Law, § 130.15). That requirement applies to juvenile delinquency proceedings in the Family Court (*Matter of Eric R.*, 34 A D 2d 402). Where the crime charged and proved is a sex offense requiring corroboration, the need for such corroboration cannot be evaded by a finding, unsupported by the evidence, that only the lesser crime of sexual abuse in the third degree was committed (cf. *People* v. *Doyle*, 31 A D 2d 490, affd. 26 N Y 2d 752). Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.